1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MELANIE BARBER, ROBERT AND
ESTHER MALONE, and R. GRACE
RODRIGUEZ, on behalf of themselves
and all others similarly situated,

           Plaintiffs,

    v.

NESTLÉ USA, INC., a Delaware
Corporation; and NESTLÉ PURINA
PETCARE CO.,
a Missouri Corporation,

           Defendants.

No. 8:15-cv-1364-CJC (AGRx)

JUDGMENT

      Pursuant to the Court's order granting the Motion to Dismiss filed by

Defendant Nestlé Purina Petcare Company (ECF No. 39),

      IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated:  December 14, 2015

CORMAC J. CARNEY
United States District Judge